Howard M.S. Hu
Chapter 13 Trustee
1132 Bishop Street, Suite 301
Honolulu HI 96813
Phone: 808.526.3083
Email: chapt13hi@aol.com



| Debtor: | JUDY PATRICIA JOBE | Case No.: | 09-01091 |
|---|---|---|---|
| Joint Debtor: | | Chapter: 13 | Related Docket No.: 5 |

## ORDER ON MOTION TO VALUE COLLATERAL

A motion has been filed to value the property described below and, if a chapter 13 case, to modify the rights of the creditor(s) holding a security interest in such property. Due notice having been given and there being no objection or the court overruling any objection,

IT IS HEREBY ORDERED that the value of the subject collateral and the amount of the creditor's secured claim is determined to be as stated below, unless the case is dismissed or converted to one under another chapter. The difference between the value of the collateral and the total amount of the creditor's claim is allowed as a general unsecured claim, subject to a determination of any objection to the total amount of the claim.

| Creditor(s): | AMERICREDIT |
|---|---|
| Collateral: | 2003 VW JETTA GL SEDAN |
| Value of Collateral: | $ 8,355.00 |
| Amount of Secured Claim: | $ 8,355.00 |

hib_509ord    6/07