| Howard M.S. Hu, Chapter 13 Trustee<br>1132 Bishop Street, Suite 301<br>Honolulu, Hawaii 96813<br>Telephone: (808) 526-3083  Fax: (808) 531-8844 | For court use only |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII** | Case No.: 09-01091<br>Chapter 13 |
| Debtor: JUDY PATRICIA JOBE<br>and, if any,<br>Joint Debtor: | |

### TRUSTEE'S MOTION TO DISMISS

Trustee hereby moves the court for an order dismissing this case for the following reason or reasons:

**Material default with respect to a term of the confirmed plan.**

### NOTICE

Notice is hereby given to Debtor that you or your attorney should attend a hearing scheduled at:

| United States Bankruptcy Court<br>District of Hawaii<br>1132 Bishop Street, Suite 250L<br>Honolulu, HI 96813 | Date: July 22, 2010<br><br>Time: 9:35 a. m. |
|---|---|

No written opposition to this motion need be filed. However, if you or your attorney fail to appear at the hearing, the court may decide that you do not oppose the motion and the court may grant the relief as requested.

Dated: June 23, 2010

/s/ Howard M.S. Hu
Chapter 13 Trustee

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this motion was served on the Office of the United States Trustee and the parties below by the court's transmission facilities (ECF) or first class mail on: June 23, 2010

Debtor/Joint Debtor

JUDY PATRICIA JOBE
94-233 ILIULA PLACE
MILILANI, HI 96789

Debtor's Attorney

EDWARD D. MAGAURAN, ESQ.

Dated: June 23, 2010

/s/ Howard M.S. Hu

13TR 1307c    11/1/01    code: TMD